UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN HERITAGE LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>YVONNE F. CASTILLO, an individual; IRENE PUNO CASTILLO, an individual; ESTATE OF MAURICIO ARTURO CASTILLO, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 08-4585 VRW<br><br>[PROPOSED] ORDER GRANTING THE DISCHARGE OF LINCOLN HERITAGE INSURANCE COMPANY, DISTRIBUTION AND DISBURSEMENT OF FUNDS, AND DISMISSAL OF ACTION WITH PREJUDICE |

GOOD CAUSE SHOWING, and based on the Parties' Stipulation, the Court hereby orders that:

1. Lincoln Heritage Life Insurance Company is hereby and shall be discharged from liability to Defendants to the full extent permitted by law pertaining to the distribution of proceeds under the Master General Agent Agreement with respect to the competing claims by Defendants to the proceeds.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4817-8628-2244 v1

- 1 -

CASE NO. C 08-4585 VRW
[PROPOSED] ORDER GRANTING DISCHARGE, DISMISSAL, & DISBURSEMENT

2. Defendants shall be and by the Order hereon are restrained from taking, or proceeding with or commencing any action against Lincoln Heritage for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to Mauricio Castillo's commissions paid and payable by Lincoln Heritage concerning the competing claims by Defendants to the proceeds.

3. Defendants have reached a settlement of this action and have agreed to the distribution of the proceeds which are the subject of this lawsuit as further specified in their Mutual Release and Settlement Agreement.

4. Lincoln Heritage shall be awarded the sum of $6,400 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court. The Clerk shall issue payment to "Lincoln Heritage Life Insurance Company" the sum of $6,400 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen LLP. The check shall be made payable to "Lincoln Heritage Life Insurance Company" and mailed to:

Keiko J. Kojima
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

5. After the payment described in paragraph 4, the remaining funds on deposit with the Court and any accrued interest thereon shall be distributed to Michael G. Schinner, Esq. and Gary Royce, Esq., as Co-Trustees for Yvonne and Irene, to be held by them in an interest-bearing account pending the determination as to the appropriate manner for the division of such funds, as further specified in

their Mutual Release and Settlement Agreement. The check shall be made payable to "Michael G. Schinner, Esq. and Gary Royce, Esq." and mailed to:

> Gary Royce, Esq.
> Modena & Royce
> Grand Executive Bldg, Suite A
> 421 Grand Avenue
> South San Francisco, CA 94080

6. Pursuant to the Mutual Release and Settlement Agreement, Defendants have agreed to the following distribution of proceeds under the Master General Agent Agreement that become due after August 1, 2009:

A. For commissions on policies that have an issue date prior to December 24, 2000, Lincoln Heritage shall pay 100% of the proceeds that become payable under the Master General Agent Agreement to Yvonne. Irene and the Estate shall have no right, interest or entitlement thereto to those proceeds.

B. For commissions on policies that have an issue date after December 24, 2000: Lincoln Heritage shall pay 50% of the proceeds that become payable under the Master General Agent Agreement to Yvonne and 50% to Irene. The Estate shall have no right, interest or entitlement thereto to those proceeds.

7. All parties are dismissed with prejudice from this action.

DATED: July 30, 2009

_____
IT IS SO ORDERED
Judge Vaughn R Walker

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4817-8628-2244 v1

- 3 -

CASE NO. C 08-4585 VRW
[PROPOSED] ORDER GRANTING DISCHARGE, DISMISSAL, & DISBURSEMENT