UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN HERITAGE LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YVONNE F. CASTILLO, an individual; IRENE PUNO CASTILLO, an individual; ESTATE OF MAURICIO ARTURO CASTILLO, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 08-4585 VRW<br><br>[~~PROPOSED~~] ORDER RE DISTRIBUTION AND DISBURSEMENT OF FUNDS ON DEPOSIT |

The Court hereby orders that:

1.　Lincoln Heritage Life Insurance Company shall be paid the sum of $6,400 as reasonable attorney's fees and costs previously awarded by court order on July 30, 2009. The Clerk shall issue payment to "Lincoln Heritage Life Insurance Company" the sum of $6,400 from the proceeds deposited with the Clerk of this Court, in care of its attorneys, Burke, Williams & Sorensen LLP. The check shall be mailed to:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9973-2741 v1

- 1 -

CASE NO. C 08-4585 VRW
[PROPOSED] ORDER RE DISTRIBUTION AND
DISBURSEMENT OF FUNDS ON DEPOSIT

Keiko J. Kojima
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

2. After the payment described in paragraph 1, the remaining funds on deposit with the Court and any accrued interest thereon shall be distributed as follows:

A. 57.35% payable to "The Schinner Law Group client trust account." The check shall be mailed to:

Michael Schinner, Esq.
The Schinner Law Group
96 Jessie Street
San Francisco, CA 94105

B. 42.65% payable to "The Law Offices of Gary Royce." The check shall be mailed to:

Gary Royce, Esq.
Modena & Royce
Grand Executive Bldg, Suite A
421 Grand Avenue
South San Francisco, CA 94080.

DATED: February 24, 2010

_____
JUDGE, UNITED STATES DISTRICT COURT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9973-2741 v1

- 2 -

CASE NO. C 08-4585 VRW
[PROPOSED] ORDER RE DISTRIBUTION AND DISBURSEMENT OF FUNDS ON DEPOSIT

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 15, 2010, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

### [PROPOSED] ORDER RE DISTRIBUTION AND DISBURSEMENT OF FUNDS ON DEPOSIT

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Michael G. Schinner, Esq.<br>Jay Jambeck, Esq.<br>The Schinner Law Group<br>96 Jessie Street<br>San Francisco, CA 94105<br>*Attorneys for Defendant Yvonne F. Castillo* | Gary Royce, Esq.<br>MODENA & ROYCE<br>421 Grand Avenue, Suite A<br>San Francisco, CA 94080<br>*Attorneys for Defendants Irene Puno Castillo and Estate of Mauricio Arturo Castillo* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 15, 2010, at Los Angeles, California.

*/s/ Agnes D. Tualla*
_____
Agnes D. Tualla

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4838-1199-0019 v2

CASE NO. C 08-04585 VRW
PROOF OF SERVICE BY MAIL